# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| ALISSA'S FLOWERS, INC., | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 20-04093-CV-C-BCW |
| STATE FARM FIRE AND CASUALTY INSURANCE CO., | ) |
| Defendant(s). | ) |

___  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  Decision by Court. This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

Defendant's motion to dismiss for failure to state a claim, is hereby GRANTED. It is further

**ORDERED** that

This case is hereby dismissed.

| | |
|---|---|
| __October 22, 2020__ | __Paige Wymore-Wynn__ |
| Date | Clerk |

Entered on  __October 22, 2020__     __/s/ Christy Anderson__
                                      (By) Deputy Clerk