IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| ALISSA'S FLOWERS, INC., individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No. 20-4093-CV-C-BCW |
| STATE FARM FIRE AND CASUALTY COMPANY, | )<br>) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Alissa's Flowers, Inc., appeals to the United States Court of Appeal for the Eighth Circuit from the Memorandum Order and final Judgment entered in this action on the 22nd day of October 2020.

DATE: November 5, 2020

Respectfully submitted,

**WILLIAMS DIRKS DAMERON LLC**

    */s/ Matthew L. Dameron*
Matthew L. Dameron    MO Bar No. 52093
Eric L. Dirks    MO Bar No. 54921
Courtney M. Stout    MO Bar. No. 70375
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Tel:   (816) 945-7110
Fax:   (816) 945-7118
matt@williamsdirks.com
dirks@williamsdirks.com
cstout@williamsdirks.com

Matthew V. Bartle    MO Bar No. 40903
David L. Marcus    MO Bar No. 47846
**BARTLE + MARCUS LLC**
116 West 47th Street, Suite 200
Kansas City, Missouri 64112

Tel: (816) 256-4614
Fax: (816) 222-0534
mbartle@bmlawkc.com
dmarcus@bmlawkc.com

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November 2020, I filed the foregoing with the Court's electronic filing system which will automatically forward to counsel of record.

/s/ Matthew L. Dameron
Counsel for Plaintiff and the Class