_____

No: 20-3340
_____

Alissa's Flowers, Inc.

Plaintiff - Appellant

v.

State Farm Fire & Casualty Company

Defendant - Appellee

------------------------------

American Property Casualty Insurance Association; National Association of Mutual Insurance Companies

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:20-cv-04093-BCW)
_____

**JUDGMENT**

Before SHEPHERD, WOLLMAN and KOBES, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

                                                 February 03, 2022

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

     /s/ Michael E. Gans